UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.                                  Case Number 4:13CB3003-003
                                      Violation No. 1752826 and 1752978

**EARL M. MUTUM**
        **Defendant**

                                        Pro Se
                                        Defendant's Attorney

_____

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)

**THE DEFENDANT** pleaded guilty to the allegation listed in CVB violation numbers 1752826 and 1752978 on 3/7/2013.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|
| 38 CFR 1.218(b)(6) and | 12/16/2012 | 1 |
| 38 CFR 1.218(b)(6) | 12/12/2012 | 1 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                                              Date of Imposition of Sentence:
                                                                                         March 7, 2013

                                                                                            s/ Cheryl R. Zwart
                                                                     United States Magistrate Judge

                                                                                                   March 11, 2013

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| Special Assessment | Total Fine | Total Processing Fee |
|---|---|---|
| $10.00 on each violation | $50.00 on each violation | $25.00 on each violation |

### FINE

A Fine in the amount of **$50.00** is imposed on each violation.

The interest requirement is waived as the court finds the defendant has no ability to pay interest.

### SCHEDULE OF PAYMENTS

**The defendant shall pay $30.00 monthly toward the amounts owed on the sentence imposed herein beginning May 2, 2013, with any balance paid in full by no later than October 3, 2013.**

If the defendant fails to comply with the payment schedule above, the United States of America may institute civil collection proceedings to satisfy all or any portion of the amount remaining owed.

Any payments made shall be applied in the following order of priority: processing fee; collateral damages; fine; and other penalties.  Unless otherwise specifically ordered, interest shall not accrue on the criminal monetary penalty and collateral damages imposed.

**All financial penalty payments are to be made to the Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363.**

The defendant shall receive credit for all payments previously made toward the imposed sentence.

The defendant shall inform the court of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the amounts owed under the sentence imposed.

_____
CLERK'S OFFICE USE ONLY:
ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk